OPINION — AG — ** MUNICIPAL COURT ** A JUDGE OF A " CITY COURT " ESTABLISHED AS PROVIDED BY 11 O.S. 831 [11-831] DOES NOT HAVE THE AUTHORITY TO SUSPEND THE SENTENCE (EITHER OF IMPRISONMENT OR OF FINE AND COSTS) OF A PERSON CONVICTED OF A CRIME IN SAID COURT. (COURT OF RECORD) CITE: 11 O.S. 831 [11-831], 11 O.S. 832 [11-832] 22 O.S. 991 [22-991], 22 O.S. 992 [22-992], OPINION NO. MARCH 10, 1949 — HESTER (RICHARD M. HUFF)